## *UNITED STATES DISTRICT COURT*
### *NORTHERN DISTRICT OF NEW YORK*


## <u>JUDGMENT IN A CIVIL CASE</u>

**Shelby L. Chrestler**
          Plaintiff(s)

    vs.                                 **CASE NUMBER: 5:25-cv-00943-TWD**

**Commissioner of Social Security**
          Defendant(s)


 **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED JUDGMENT that Commissioner's decision is REVERSED on consent under sentence four of 42 U.S.C. §405(g) and REMANDED to the Commissioner for further proceedings.


All of the above pursuant to the order of the Honorable **Thérèse Wiley Dancks**, dated 12/9/2025.


DATED: December 9, 2025


_____
Clerk of Court

*s/ Penny Jezerski*
Penny Jezerski
Deputy Clerk